ELISA JIMENEZ, Appellant, v PETER ACHESON et al., Respondents.

Submitted January 22, 2008; decided March 18, 2008

———

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

———

YOLANDA MAGRIZ, Appellant, v ST. BARNABAS HOSPITAL et al., Respondents, et al., Defendants.

Submitted January 28, 2008; decided March 18, 2008

———

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that pertains to defendants Homer, Glenn and Zambito, denied; motion, insofar as it otherwise seeks leave to appeal from the Appellate Division order, dismissed upon the ground that the remainder of such order does not finally determine the action within the meaning of the Constitution.

———

PATRICIA PASQUA, Respondent, v HANDELS-EN PRODUC-TIEMAATSCHAPPIJ DE SCHOUW, B.V., Also Known as HANDELS-EN PRODUCTIEMAATSCHAPPIJ "DE SCHOUW" B.V., et al., Appellants, et al., Defendant.

Submitted February 4, 2008; decided March 18, 2008

———

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for a stay dismissed as academic.